# United States District Court
# For The Western District of North Carolina
# Statesville Division

CLAUDE VANCE COOLEY,

      Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:07CV86

UNITED STATES OF AMERICA,

      Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2007, Order.

                                              Signed: August 8, 2007

                                              Frank G. Johns, Clerk
                                              United States District Court